```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04216
   KATASHA CHANEY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1689

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/25/2008 and was not confirmed.

     The case was transfer to marilyn marshall 05/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
GLOBAL TELDATA           UNSECURED        NOT FILED          .00         .00
ARONSON FURNITURE CO     UNSECURED           708.39          .00         .00
AT&T                     UNSECURED        NOT FILED          .00         .00
CASHNET USA              UNSECURED        NOT FILED          .00         .00
SBC                      UNSECURED        NOT FILED          .00         .00
AT&T BROADBAND           UNSECURED        NOT FILED          .00         .00
VILLAGE OF ALSIP         UNSECURED        NOT FILED          .00         .00
SANTANDER CONSUMER USA   SECURED VEHIC   18576.00            .00         .00
SANTANDER CONSUMER USA   UNSECURED          834.30           .00         .00
MORTGAGE CLEARING CORP   CURRENT MORTG        .00            .00         .00
MORTGAGE CLEARING CORP   MORTGAGE ARRE   3045.00             .00         .00
MORTGAGE CLEARING CORP   CURRENT MORTG        .00            .00         .00
ILLINOIS DEPT OF REVENUE PRIORITY         NOT FILED          .00         .00
US DEPARTMENT OF HOUSING CURRENT MORTG        .00            .00         .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                         --------------    --------------
TOTALS                     .00                 .00


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04216 KATASHA CHANEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 04216 KATASHA CHANEY